474 A.2d 41

**In re Petition of Edward J. THOMPSON for the Nomination of the Republican Party for the Forty-Fifth (45th) Senatorial District.**

Supreme Court of Pennsylvania.

Argued March 13, 1984.

Decided March 16, 1984.

Thomas L. Wenger, Harrisburg, for appellant.

John F. Lyons, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.